UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

STRESCON INDUSTRIES a/d/o Oldcastle Precast, Inc.

      Plaintiff,

-v-

05-CV-0666 (LDW)

AMERICAN MFG. MUTUAL INS. CO. and American Motorists Ins. Co.

      Defendant.
-------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★ JUL 14 2005 ★
LONG ISLAND OFFICE

### ORDER OF DISCONTINUANCE

It having been reported to the Court, that the above action has been settled, it is

ORDERED that the action be dismissed without costs and without prejudice with the right to reopen the action.

SO ORDERED.

Dated: July 14, 2005
Central Islip, New York

LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE